ANNA CONLIN, Respondent, *v.* YONKERS RAILROAD COMPANY, Appellant.

Argued April 5, 1939; decided April 21, 1939.

*Addison B. Scoville, Oliver R. Brant, Stuart Riedel* and *Alfred T. Davison* for appellant.

*Ernest J. Aries, Maurice S. Degenstein* and *Abraham Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.